## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Marilyn Santa | Case No. |
| Plaintiff, | **COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF** |
| v. | |
| Focus Receivables Management, LLC | |
| Defendant. | **JURY DEMAND ENDORSED HEREIN** |

## PARTIES

1. Plaintiff is a natural person who resided in Carpentersville, Illinois at all times relevant to this action.

2. Defendant is a Georgia limited liability company that maintained its principal place of business in Marietta, Georgia at all times relevant to this action.

## JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this matter as it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

4. Pursuant to 28 U.S.C. §1391(b), venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## STATEMENT OF FACTS

5. At all times relevant to this action, Defendant engaged in the business of consumer debt collection.

6. Defendant regularly uses the telephone and mail to collect consumer debts that Defendant either purchased or had been hired to collect.

7. The principal source of Defendant's revenue is debt collection.

8. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

9. As described below, Defendant contacted Plaintiff about an obligation allegedly owed to Toyota Motor Credit Corporation, which had been incurred for personal rather than commercial purposes.

10. This obligation is a "debt" as defined by 15 U.S.C. §1692a(5).

11. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3) because Defendant has alleged that Plaintiff owes the debt.

12. Throughout October 2010, Defendant telephoned Plaintiff at Plaintiff's place of employment in connection with the collection of the debt on several occasions.

13. During at least two of these communications, Plaintiff notified Defendant that Plaintiff's employer prohibits such communications at Plaintiff's place of employment and that Defendant's telephone calls to Plaintiff's place of employment were inconvenient for Plaintiff, but Defendant ignored these notices and continued to call Plaintiff's place of employment in connection with the collection of the debt.

14. During one of these communications, Defendant spoke to Plaintiff's coworker and disclosed that Plaintiff owed a debt.

15. Defendant caused Plaintiff emotional distress.

16. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

17. Defendant violated 15 U.S.C. §1692c(a)(1) by calling Plaintiff at a time or place known to be inconvenient for Plaintiff.

18. In support hereof, Plaintiff incorporates paragraphs 12-13 as if specifically stated herein.

2

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

19. Defendant violated 15 U.S.C. §1692c(a)(3) by calling Plaintiff at Plaintiff's place of employment after Defendant knew or had reason to know that such calls were prohibited by Plaintiff's employer.

20. In support hereof, Plaintiff incorporates paragraphs 12-13 as if specifically stated herein.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

21. Defendant violated 15 U.S.C. §1692c(b) by communicating with a third party in connection with the collection of the debt.

22. In support hereof, Plaintiff incorporates paragraphs 12-14 as if specifically stated herein.

## JURY DEMAND

23. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

24. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.

        RESPECTFULLY SUBMITTED,

        Legal Helpers, P.C.

        By: <u>s/Timothy J. Sostrin</u>
            Timothy J. Sostrin
            Bar ID # 6290807
            233 S. Wacker, Suite 5150
            Chicago, IL 60606
            Telephone:  866-339-1156
            Email:  tjs@legalhelpers.com
            Attorneys for Plaintiff